NONIE SHALLEY et al., Respondents, v. CITY OF NEW YORK, Appellant-Respondent, and CHARLES KAISER, INC., Appellant.— Judgment unanimously affirmed, with costs to the plaintiffs-respondents against the defendants-appellants, and with costs to the defendant-respondent the City of New York against the defendant-appellant Charles Kaiser, Inc. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BARBARA COSTA, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

CENTRAL HANOVER BANK AND TRUST COMPANY, as Ancillary Committee of CLARK WILLIAMS, an Incompetent Person, Appellant, v. FREDERICK H. CLARKSON, Respondent.— Judgment so far as appealed from unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Cohn and Callahan, JJ. [See post, p. 773.]

RICHARD NEUMAYER et al., Respondents, v. FRANK GRASSL, Defendant, and STEPHANIE GRASSL, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

TERESA LO VERDE, as Administratrix of the Estate of ANGELO LO VERDE, Deceased, Respondent, v. FOUR SIXTY-NINE REALTY CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 767.]

PHILIPPE FAINGNAERT, as President of New York Household Placement Association, et al., Appellants, v. PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [183 Misc. 881.] [See post, p. 745.]

DOTTY PAKOWSKY, Appellant, v. M. V. I., INC., et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

## SECOND DEPARTMENT, MARCH, 1945.

### (March 5, 1945.)

LILY DACHE et al., Appellants-Respondents, v. ABRAHAM & STRAUS, INC., Defendant, and NEWS SYNDICATE Co., Respondent-Appellant.— Action to recover damages for alleged libel and alleged violation of the right of privacy under sections 50 and 51 of the Civil Rights Law. Order denying respondent-appellant's motion to dismiss the complaint under rule 106 of the Rules of Civil Practice and granting its motion to require plaintiffs separately to state and number their alleged causes of action, insofar as appealed from affirmed, without costs. No opinion. Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur. [See post, p. 755.]